**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Diego Torralba Flores,** *Petitioner,* | § § § § | |
| ***v.*** | § § | **NO. 1:25-CV-02018-ADA-ML** |
| **Todd Lyons, in his capacity as Acting Director, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; Warden of T. Don Hutto Detention Center, Taylor, Texas,** *Respondents.* | § § § § § § § § § § § § | |

**FINAL JUDGMENT**

On January 16, 2026, Respondents filed a Status Report confirming that Petitioner was released in accordance with the Court's order. Dkt. 9. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED** that the Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on January 20, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE